UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

**FILED**

**JUN 29 2026**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Lisa Bennett

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Boston Scientific
Dionysios Veronikis MD
Mercy Hospital
Ethicon

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Complaint for a Civil Case**

Case No.
*(to be assigned by Clerk of District Court)*

4:26-cv-01043-MAL

Plaintiff requests trial by jury:
☑ Yes  ☐ No

plaintiff is willing to discuss ADR & amend her complaint & defendants due to concern for her safety & health. plaintiff is willing to discuss concerns with Mercy's attorneys in good faith to attempt to ~~mutually~~ do no harm to defendants & save her future & health.

**CIVIL COMPLAINT**

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name          Lisa Bennett
Street Address    2148 Lake Dr.   (temp. address)
City and County    Arnold        Jefferson County
State and Zip Code    MO            63010
Telephone Number    (636) 638-8429
E-mail Address    lisabennett27th@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name          Boston Scientific Corporation
Job or Title    Registered Agent Corp. Service Co.
Street Address    251 Little Falls Dr.
City and County    Wilmington
State and Zip Code    DE    19808
Telephone Number
E-mail Address

Continued on back →

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

Defendant #2

    Dionysios Veronikis, MD
      621 S. New Ballas Rd  S-2002-B
      St. Louis, MO 63141
      (314) 251-6753


Defendant #3

    Mercy Hospital
    615 S. New Ballas Rd.
    St. Louis, MO 63141

Defendant #4

    Ethicon LLC
     Ken Conour
    150 3rd Ave South
     S-1600
    Nashville, TN 37201


Plaintiff respectfully asks to reserve her right to amend (add or remove defendants) after she has been able to receive honest, safe health care for her injuries and health complications due to her complaints.

Plaintiff has suffered medical battery/abuse & deception due to the parties involved in the previous case which led to this case such as plaintiff's previous attorneys lack of fair, proper communication that could have prevented additional harm to her health, employment, and emotional well being, along with Dr. John Judd, Ethicon Ken Conour, and the deception used to cause her severe loss and harm.

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### (A)    Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal question please see attached.

### B.    Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

I do not want to file suit against Co Deputy Director Andrew Bailey or the FBI, or any Law enforcement in or out of the state of MO at this time. Plaintiff requests an order from the court to compel all law enforcement (Fed & state) to stop violating my privacy rights, unlawful surreillence, & following her to other health care facilities to spread rumors & discrimination that causes harm to her health.

### C.    Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen

of the State of *(name)* _____ Or is a citizen

of *(foreign nation)* _____ .

If the defendant is a corporation

The defendant, *(name)* _____ .

is incorporated under the laws of the State of *(name)*

_____ , and has its principal place of

business in the State of *(name)* _____ Or

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

4

## III.    Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.    What happened to you?
2.    When did it happen?
3.    Where did it happen?
4.    What injuries did you suffer?
5.    What did each defendant personally do, or fail to do, to harm you?

*please see attached.*

IV. Relief - Plaintiff respectfully requests an order from the court to enforce the following: all police, FBI, law enf. illegal surveillence to stop. Metro PCS, apple, Spectrum internet - privacy violated, every attempt I try for assistance is blocked or hindered, negative effects to prevent help. Req. all intrusion upon seclusion to stop. Req. all healthcare deception & discrimination to stop. I request an order for safe, honest medical care & diagnostics, labs with honesty and accuracy. Request honest record keeping in EMR, example Parkland Health did not load their referral to cardiology, vascular. surgeon for my aorta and leg. This harms my health and hinders my disability process I urgently need my social security benefits to re-establish a home and independence while seeking medical treatments, poss. hospital stay & an attorney.

## IV.    Relief

~~kthwampmswrnaadkarvoublatueoubrampmfhw~~

State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments. Financial Relief TBD

Plaintiff respectfully requests all forms of abuse to stop.
Plaintiff respectfully requests all over reach by gov or law enforcement to stop, no harassment and ~~bullying~~ or following plaintiff to hinder healthcare, employment, or any harm in public accomodations. Stop tracking car. Plaintiff requests an order to return iphone 7 function from Apple.
(please see exhibits)    return iphone 7 function (evidence)

Statement of Claims

What- Medical Battery

When- 11/16/2020   Discovery- 3/24/2025 & through 2025 additional procedures.

Where- Mercy Hospital St Louis, MO 63141

1. Violated my Women's Rights.

2. My ovaries were removed on 11/16/2020 without my actual consent by Dionysios Veronikis MD.

3. He performed a sacrospinous ligament fixation without my consent on 11/16/2020 & did not inform me. Failure to inform. Mesh implant used.

4. Alexandria Currylipka RN attempted/did delete the sacrospinous ligament fixation. procedure unsuccessfully. Deliberate deception.

5. The Obtryx II transobturator mesh sling was used, surgically implanted without my consent on 11/16/2020. Polypropylene mesh. I was not informed. Failure to inform. No consent. NOT Properly documented No implant sheet.
   NO LOT# AVAIL OR EXP DATE OP. Note NO Mesh Was used.

6. I was not informed of an emergency in my surgery on 11/16/2020. I was not informed of the nature of the emergency. nor of what was done & why.

7. The operative note states no mesh or polypropylene mesh was used in this surgery.

8. Boston Scientific is the manufacturer of the Obtryx 2 Transobturator mid ureth. sling. Failure to inform of manufacturers warnings, precautions, etc.

* multiple contraindications to MY health* using this product.

9. Ethicon's non-absorbable Ethibond poly sutures were used. There were suture injuries I was never informed. Failure to inform.

10. This was intentional harm done to me on 11/16/20. The normal pre-op process, as was done in my June 2020 surgery was to present the consent forms to the patient in advance at the pre-op visit. This allows for changes and questions to be addressed before the day of surgery.

⌐ Obtryx2 was used w/out consent, failed to inform me afterwards, along w/ other unconsented procedures
$ mesh. This product was not noted in Dr Veronikis's op-note
$ no implant sheet in records to see lot# & exp date. Boston Scientific has had issues previously w/ using mesh from China that is not FDA approved.

11. Hysterectomy was not necessary & not wanted. ☜ ☞ Dr. Veronikis told me he had to remove my uterus because he didn't have room to keep it. I believed this was medically necessary due to Dr Veronikis but for a patient w/ my long history of UI, this caused more harm. The bladder The ligaments that hold the bladder in place are cut when the uterus is removed. Bladder distention, vesicoureteral reflux, mixed UI, etc. complications occur. calcium. UTI's chronic, Calcium in urine - (Kidney Failure) Kidney & lesion There are also other types of hysterectomies that would have been better options, that were not presented or discussed. Bilirubia in urine Liver lesion poss. citrobacter abcess

12.) Citrobacter Koseri hospital aquired found May 9-10, 2024.

13.) Undue negative influence using former employees, attorneys, Eddie, etc. Deception, Coercin, harm. Illegal surveillance at my done deceptively Home.

14.) Hipaa, JJ, privacy rights, data sharing was abused by Ken Condur for JJ.

15.) Herpes lie, lab error.

16.) Plaintiff reserves the right to add or amend prn.

17.) Mercy-some attorneys likely misled FBI, caused delay in my healthcare- Mercy/& FBI Followed $harm me to sabatage & cause more healthcare discrimination at other hospitals & healthcare facilities, even out of state.

18.) Adult bullying & harassment..

19.) Human Trafficking, trafficking of persons for organ removal.

20.) Discrimination, Healthcare discrimination

21.) Several patient rights violations.
    See attached Patient Rights.

22.) Illegal changing of my medical records.
Falsifying medical records.
Improper adding of conditions I do
not have. Ex- pacemaker, C-diff, etc.

23) Sexual discrimination, harassment.

24.) Violated Several patient rights.

25.) 2021 lab bun/creatinine ratio hidden on
    lab report. Failure to closely monitor
my kidney function & follow up ongoing
care for safety. I did not know how serious
I was injured, surgically altered, in my last
surgery. This put me at greater risk for
serious injuries.
I feel Andy Cross manipulated, judged me wrongly,
caused ~~bias~~ ~~~~, ~~~~ ~~~~ ~~~~
bias. ~~~~ Andy Cross kept pursuing me w/ a known
conflict & he knew I did not understand
back then. ~~~~ Hearsay. Abuse.
sexual harassment, emotional abuse.

26.) I do not want forced at my ex husband's due to
rights violations & control financially. I had good jobs last.
Ex husband domestic abuse, he cheated, had separation approx 2012-2014
    I need my disability rights & independence.
                                              too.

I was not informed of any work restrictions or any other restrictions. Failure to notify me intentionally set me up for harm.

Alexandra Curry lipka, RN deleted the procedure Sacrospinous ligament fixation performed on 11/16/2020 in Mercy's EMR program but the EMR worked like it was designed & it documented the deletion. Improper amending of records, deletion was done to deliberately hide the truth, deception.

This was intentional harm done to me, the normal process as done in the June 2020 surgery was to present the consent forms to the pt. in advance at the pre-op visit.

This allows for changes and questions to be addresses before the day of surgery. This normal process was not done for me but I still caught the attempted deception & I refused to sign the consent form for surgery & the nurse re-did the form & called Dr Veronikis so that I could let him know verbally as well. I told him No, & he said not even if I see cancer, & I said No, Not even if you see cancer, & he said, you want me to leave it for someone else? & I said yes, I will deal with that when I wake up. Dr Veronikis said okay. ~~█████████~~ I was never informed of the truth.

~~Amended~~ Complaint

CLAIM

JJ/Ethicon-Ken Conour

includes harm by all parties due to JJ & Ethicon, Ken Conour's deception & fraud.

What - <u>Fraud</u> upon the court, fraudulent & forged documents,
*Kidneys* * deception
Ken Conour knew this was hurting my Kidneys & did not tell.

When- 2024

Where - STL County Circuit Court

Harm to me- Used Ethibond sutures - non absorbable - harmful severe - see notes If my kidneys are damaged beyond recovery ~~xxxxxx~~ ~~xxxxxx~~ kidney transplant in the future, or any other organ. concern of ~~xxx~~ Also ~~Hurting my TEETH~~. Painful emotional & physical suffering.

<u>I never signed</u>! Undue <u>Influence</u>. Fraud Force

I did Not sign for consent for JJ mesh in 2019

I have Dr Super's records and Whitney Barbre's records

Got my EMR records deleted

took Dr Super's depo. data = fraud

Falsified records for Dr Judd's depo.
Fraud, deceit, manipulation, undue influence
I never agreed, took my home, financial, emotional, physical, occupational, familial loss relationship losses! & suffering
Left with serious health problems requiring ongoing care.

<u>Boston Scientific</u>

add to New case - I didn't Know I ~~- they watched - not sure what to do?~~

calcified mesh

Obtryx 2 used w/out sheet implant exp date Lot#

had the Obtryx 2 Sling System.
Discovery Rule extends SOL &
no consent - I did not sign their consent
Obtryx 2 Not described in operative note. forms.

* <u>Ethicon</u> - Responsible For violating my Civil & Human Rights, & all of the parties - Conspiracy Against my Rights Under Color of Law under Judge Stewart's court. Denied time for life saving care & diagnostics. Denied Rights.
potentially

Falsifying Medical Records deliberately and denying the use of an implanted device despite patient injury constitutes false charting/falsifying medical records.

Fraud on the Court- if the surgeon or hospital denies the implant or submits altered records to a legal body, it escalates into fraud on the court.

Spoilation of Evidence - intentional destruction or failure to maintain required. logs (lot #/expiration) allows the court to assume the missing evidence was intentional.

If necessary, plaintiff is willing to discuss any confusion that happened due to Dave Duree's deception & intentional false set up that was done over plaintiff's timeline that listed concerns ignored by Dr Judd in the previous case. This was intentional poor communication by plaintiff's previous attorney Dave Duree, he used deception, force and control, similar to the covert abuse and coercive control plaintiff's ex-husband used and still attempts.

Plaintiff seeks fair resolution, Safety, human rights, and, hopeful for a fair. peaceful, positive resolution to is this conflict once and for all.

Lisa Bennett
6/29/26

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen

of the State of *(name)* _____ Or is a citizen

of *(foreign nation)* _____ .

If the defendant is a corporation

The defendant, *(name)* _____ .

is incorporated under the laws of the State of *(name)*

_____ , and has its principal place of

business in the State of *(name)* _____ Or

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

4

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☑  No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☑  No ☐

Do you claim punitive monetary damages?

Yes ☑  No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

TBD    plaintiff requests respectfully that the court order a "stay" while she seeks an attorney or asks the court to please assign an attorney to plaintiff. Plaintiff seeks respectfully an order for an IME or court ordered honest healthcare testing., MRI, blood cultures, safe necessary diagnostics.

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29th day of June, 20 26.

Signature of Plaintiff(s) Lisa Bennett

6